**DAVID M.C. PETERSON**
California Bar No. 254498
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone:  (619) 234-8467
Facsimile:  (619) 687-2666
Email:  David_Peterson@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JAN M. ADLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JUAN GARCIA-TREJO,<br><br>    Defendant. | CASE NO. 08M1235<br><br>**NOTICE OF APPEARANCE** |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, David M.C. Peterson, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: April 25, 2008        */s/ DAVID M. C. PETERSON*
                            DAVID M.C. PETERSON
                            Federal Defenders of San Diego, Inc.
                            Attorneys for Defendant
                            David_Peterson@fd.org

**CERTIFICATE OF SERVICE**

      Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

      Courtesy Copy to Chambers

      Copy to Assistant U.S. Attorney via ECF NEF

Dated: April 25, 2008                            /s/ *DAVID M. C. PETERSON*
                                                DAVID M.C. PETERSON
                                                Federal Defenders of San Diego, Inc.
                                                225 Broadway, Suite 900
                                                San Diego, CA 92101-5030
                                                (619) 234-8467 (tel)
                                                (619) 687-2666 (fax)
                                                David_Peterson@fd.org (email)